Karen A. Confoy
**FOX ROTHSCHILD, LLP**
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
Telephone: (609) 896-3600
Facsimile: (609) 896-1469
Attorneys for Defendant Merck Sharp & Dohme Corp.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Zessin et al., v. Merck Sharp & Dohme Corp.*<br>Civil Action No. 11-cv-3918 (JAP)(LHG)<br><br>*Young v. Merck Sharp & Dohme Corp.*<br>Civil Action No. 11-cv-3225 (JAP)(LHG)<br><br>*Johnson v. Merck Sharp & Dohme Corp.*<br>Civil Action No. 11-cv-5301 (JAP)(LHG) | DOCUMENT FILED ELECTRONICALLY<br><br>**MDL No. 2243**<br>Master Docket No. 08-08 (JAP)<br><br>Civil No. 11-cv-3918 (JAP)(LHG)<br>Civil No. 11-cv-3225 (JAP)(LHG)<br>Civil No. 11-cv-5301 (JAP)(LHG) |

### NOTICE OF MOTION
### TO STRIKE DR. ROBERT MAKUCH FROM PLAINTIFFS' RULE 26(a)(2) DISCLOSURE AND EXCLUDE HIS TESTIMONY AT TRIAL

**PLEASE TAKE NOTICE** that the undersigned counsel will apply to the above named Court on May 20, 2013, or as soon thereafter as counsel may be heard, for an Order to Strike Dr. Robert Makuch from Plaintiffs' Rule 26(a)(2)

Disclosure and Exclude Him from Testifying at Trial in the above captioned matters.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Merck relies upon the Declaration of Karen A. Confoy and accompanying exhibits, executed on April 17, 2013, and Memorandum of Law in support thereof, dated April 17, 2013.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Oral argument is requested.

Respectfully submitted,

**FOX ROTHSCHILD, LLP**

By: /s/ Karen A. Confoy
    KAREN A. CONFOY
    kconfoy@foxrothschild.com

Attorney for Defendants
Merck Sharp & Dohme Corp.
(f/k/a Merck & Co., Inc.)

Dated: April 17, 2013

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2013, I caused copies of the foregoing NOTICE OF DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO STRIKE DR. ROBERT MAKUCH FROM PLAINTIFFS' RULE 26(a)(2) DISCLOSURE AND EXCLUDE HIM FROM TESTIFYING AT TRIAL, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO STRIKE DR. ROBERT MAKUCH FROM PLAINTIFFS' RULE 26(a)(2) DISCLOSURE AND EXCLUDE HIM FROM TESTIFYING AT TRIAL, and DECLARATION OF KAREN A. CONFOY and accompanying exhibits, to be served and filed electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system and served via electronic mail on the following:

    James A. Morris, Esq.
    Edward Braniff, Esq.
    Weitz & Luxenberg,, P.C.
    180 Maiden Lane, 17th Floor
    New York, NY 10005
    jmorris@weitzlux.com

    James D. Cecchi, Jr. Esq.
    Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
    6 Becker Farm Road # 301
    Roseland, NJ 07068-1735
    JCecchi@carellabyrne.com

David Buchanan, Esq.
Seeger Weiss LLP
77 Water Street
New York, NY 10005
dbuchanan@seegerweiss.com

/s/ Karen A. Confoy
Karen A. Confoy
kconfoy@foxrothschild.com

3